The City of Syracuse, Appellant, v. Richard M. Stacey, The Skaneateles Savings Bank and Others, Respondents.—Order, so far as it awards costs and extra allowance to any of the respondents against the plaintiff, vacated and set aside.—

The City of Syracuse, Respondent, v. Richard M. Stacey, Leonard H. Earll, The Glenside Woolen Mills, Central New York Electric Light and Power Company, Simon D. Paddock, George Barrow and Others, Appellants.—Order denying motion to send back to the commissioners of appraisal herein the report made by them on May 7, 1894, vacated and set aside, without costs to either party.—

*Mem.* PER CURIAM : Having at this term reached the conclusion, for the reasons stated in the opinion of Hardin, P. J., in *The City of Syracuse* v. *Richard M. Stacey and Others*,* that the judgment and order ap-

* See *ante*, page 441.

pointing the commissioners should be reversed and appraisal vacated .and the order of confirmation reversed, it is unnecessary to pass upon the questions presented by the appeal herein, and the order should be vacated and set aside. Order denying motion to send back to the commissioners of appraisal herein the report made by them on May 7, 1894, vacated and set aside, without costs to either party upon this appeal. Present — Hardin, P. J., Martin and Merwin, JJ.